# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−27803−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eapen John | Annie Cherian |
| 238 Jennings Way | 238 Jennings Way |
| Mickleton, NJ 08056 | Mickleton, NJ 08056 |

Social Security No.:
  xxx−xx−7385                                              xxx−xx−4668

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after November 12, 2019 for the reason(s) indicated below.

☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 10, 2019
JAN: kaj

                                                                                                                Jeanne Naughton
                                                                                                                 Clerk

```
                        United States Bankruptcy Court
                           District of New Jersey
In re:                                                      Case No. 14-27803-JNP
Eapen John                                                  Chapter 13
Annie Cherian
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Oct 11, 2019
                              Form ID: clsnodsc        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2019.
db/jdb        +Eapen John,   Annie Cherian,   238 Jennings Way,   Mickleton, NJ 08056-1028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2019 00:49:19    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2019 00:49:14    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Quicken Loans Inc. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    QUICKEN LOANS INC. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor    Quicken Loans Inc. njecfmail@mwc-law.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans, Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    QUICKEN LOANS INC. bankruptcy@feinsuch.com
              Ronald E. Norman    on behalf of Joint Debtor Annie  Cherian ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Debtor Eapen  John ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
                                                                                              TOTAL: 10