| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Office of Ronald E. Norman, LLC<br>Washington Professional Campus, II<br>901 Route 168, Suite 407A<br>Turnersville, NJ 08012<br>(856)374-3100<br><br>In Re:<br><br>Eapen John and Annie Cherian | **Order Filed on December 10, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No: 14-27803<br>Chapter: 13<br>Hearing Date: 12/10/19<br>Judge: JNP |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,**
**VOIDING AND/OR DISCHARGE OF RECORD OF:**

☑ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

Recommended Local Form:    ☑ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 10, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER:** T_
        **COURT WITH THE APPRO**_

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 238 Jennings Way
   Mickleton, NJ 08056

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Quicken Loans Inc.
   b. Current Assignee: Veripro Solutions Inc.
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: 10/27/2006
   e. Date of Recordation: 1/16/2007
   f. Place of Recordation: Gloucester County, NJ
      i. Mortgage Book: 10308
      ii. Page: 187
   g. Original Principal Balance of Mortgage/Lien: $ 100,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Eapen John  
Annie Cherian  
    Debtors

Case No. 14-27803-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 10, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.  
db/jdb       +Eapen John,   Annie Cherian,   238 Jennings Way,   Mickleton, NJ 08056-1028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:

        Alexandra T. Garcia    on behalf of Creditor    Quicken Loans Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Alexandra T. Garcia    on behalf of Creditor    QUICKEN LOANS INC. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Celine P. Derkrikorian    on behalf of Creditor    Quicken Loans Inc. njecfmail@mwc-law.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        R. A. Lebron    on behalf of Creditor    QUICKEN LOANS INC. bankruptcy@feinsuch.com  
        Ronald E. Norman    on behalf of Debtor Eapen  John ronaldenorman@comcast.net, dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com  
        Ronald E. Norman    on behalf of Joint Debtor Annie  Cherian ronaldenorman@comcast.net, dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com  
                                                                                           TOTAL: 10